FILED
2017 Aug-31  PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SOLAR REFLECTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:16-cv-01731-TMP |
| | ) |
| SOLAR REFLECTIONS GLASS TINTING, LLC, *et al.*, | ) ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The court has been advised that all remaining issues in the case have been resolved and the case has been settled, although a joint stipulation of dismissal has not yet been filed. The parties have consented to the undersigned magistrate judge's jurisdiction under 28 U.S.C. § 636(c). (Doc. 13). Because the case has been settled and there no longer exists a live case or controversy, it is ORDERED and ADJUDGED that the case be and hereby is DISMISSED WITHOUT PREJUDICE pursuant to the right of either party to file a motion to vacate this Order and reinstate the action within thirty (30) days. In the event neither party files such a motion, the dismissal of this action shall become WITH PREJUDICE upon the expiration of thirty (30) days. The court retains jurisdiction in the above-styled case until the expiration of thirty (30) days.

**DONE** and **ORDERED** on August 31, 2017.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE